```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 01824
   AURELIA C THICKLIN
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-3730

------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 01/28/2008 and was not confirmed.

      The case was transfer to marilyn marshall 05/09/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
WORLD FINANCIAL NETWORK  UNSECURED             126.61          .00            .00
WORLD FINANCIAL NETWORK  UNSECURED             453.02          .00            .00
WORLD FINANCIAL NETWORK  UNSECURED             341.98          .00            .00
WORLD FINANCIAL NETWORK  UNSECURED             397.61          .00            .00
WORLD FINANCIAL NETWORK  UNSECURED             720.62          .00            .00
WORLD FINANCIAL NETWORK  UNSECURED             372.01          .00            .00
HERTZ                    UNSECURED         NOT FILED           .00            .00
HOUSEHOLD BANK           UNSECURED         NOT FILED           .00            .00
SPRINT PCS               UNSECURED         NOT FILED           .00            .00
NISSAN INFINITI          UNSECURED         NOT FILED           .00            .00
CITIFINANCIAL AUTO CREDI SECURED VEHIC          .00            .00            .00
CITIFINANCIAL AUTO CREDI UNSECURED         NOT FILED           .00            .00
COOK COUNTY TREASURER    SECURED             4100.00           .00            .00
COUNTRYWIDE HOME LOANS   CURRENT MORTG          .00            .00            .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE    11000.00             .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY           .00                            .00
TOM VAUGHN               TRUSTEE                                              .00
DEBTOR REFUND            REFUND                                               .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         --------------         --------------
TOTALS                        .00                     .00


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 01824 AURELIA C THICKLIN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 08/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE