## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Thicklin, Aurelia C

Printed: 01/22/09

Case Number:  08 B 01824
Judge:  Hollis, Pamela S
Filed:  1/28/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  December 8, 2008
Confirmed:  August 11, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,927.90 |  |
| Secured: |  | 20.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,716.46 |
| Trustee Fee: |  | 191.44 |
| Other Funds: |  | 0.00 |
| Totals: | 2,927.90 | 2,927.90 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,481.50 | 2,716.46 |
| 2. | CitiFinancial Auto Credit Inc | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 4,171.70 | 20.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 20,995.79 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 37.20 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 72.06 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 12.66 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 34.20 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 45.30 | 0.00 |
| 11. | AT&T Wireless | Unsecured | 30.78 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 39.76 | 0.00 |
| 13. | CitiFinancial Auto Credit Inc | Unsecured | | No Claim Filed |
| 14. | Chase | Unsecured | | No Claim Filed |
| 15. | Hertz Corp | Unsecured | | No Claim Filed |
| 16. | First Cash Advance | Unsecured | | No Claim Filed |
| 17. | H&F Law | Unsecured | | No Claim Filed |
| 18. | Household Bank FSB | Unsecured | | No Claim Filed |
| 19. | I C Systems Inc | Unsecured | | No Claim Filed |
| 20. | Nissan Motor Acceptance Corporation | Unsecured | | No Claim Filed |
| 21. | C B Accounts Inc | Unsecured | | No Claim Filed |
| | | | $ 28,920.95 | $ 2,736.46 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Thicklin, Aurelia C

Printed: 01/22/09

Case Number:  08 B 01824

Judge:  Hollis, Pamela S

Filed:  1/28/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 117.19 |
| 6.6% | 74.25 |
| | $ 191.44 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

